

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-12-00305-CR**
**NO. 02-12-00306-CR**
**NO. 02-12-00307-CR**

CHRISTOPHER KYLOUNCH
PAYNES

APPELLANT

V.

THE STATE OF TEXAS

STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Christopher Kylounch Paynes attempts to appeal following his pleas of guilty in three cases, two for possession of more than one but less than four grams of cocaine and the third for unlawful possession of a firearm. Following the plea agreements, the trial court sentenced Appellant to twelve

---

[1]*See* Tex. R. App. P. 47.4.

years' incarceration in each case, each sentence to run concurrently with the others.

The trial court's certifications of Appellant's right to appeal state in each case that this "is a plea bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On July 13, 2012, we notified Appellant that these appeals could be dismissed unless he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals. Appellant filed a pro se response that does not present grounds for continuing the appeals.

The Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an appellant may appeal only those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Because the trial court's certifications reflect that Appellant has no right of appeal, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 16, 2012

2